815 A.2d 955

IN THE MATTER OF ROGER C. PETERMAN,
AN ATTORNEY AT LAW.

February 20, 2003.

### ORDER

This matter having been duly presented to the Court, it is ORDERED that **ROGER C. PETERMAN** of **HAWORTH**, who was admitted to the bar of this State in 1992, and who was suspended from the practice of law for a period of six months effective December 5, 2001, by Order of this Court filed September 19, 2002, be restored to the practice of law, effective immediately; and it is further

ORDERED that respondent shall submit to random drug testing arranged by the Office of Attorney Ethics as ordered on September 19, 2002, for a period of one year effective December 5, 2002, and until the further Order of the Court.